UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WDF Inc.,

                                   Plaintiff,

      -against-

The Travelers Companies, Inc.,

                              Defendant.
------------------------------------------------------------X

**Plaintiff's Disclosure of Interested Parties Pursuant to F.R.C.P. Rule 7.1**

Doc. No.

07 CIV. 4828

JUDGE CONNER

Pursuant to the Federal Rules of Civil Procedure, Rule 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Plaintiff WDF INC., by its attorney Becky Tung, hereby states that WDF, Inc. is a wholly owned subsidiary of WDF Holding Corp. WDF Holding Corp. is a Florida corporation authorized to do business in New York. All of WDF, Inc.'s stock is owned by WDF Holding Corp.

Dated: Westchester, New York
         May 30, 2007

                                              Respectfully submitted,

                                              Becky Tung (BT-5206)
                                              Associate General Counsel for
                                              WDF, Inc.
                                              30 North MacQuesten Parkway
                                              Mt. Vernon, NY 10550
                                              914-776-8063