UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WDF, INC., <br><br> Plaintiff, <br><br> vs. <br><br> THE TRAVELERS COMPANIES INC., <br><br> Defendant. | Case No. 07 CIV. 04828(WCC) (MDF) <br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that David E. Wolff of Wolff & Samson PC hereby enters his appearance in this case as counsel for defendant The Travelers Companies.

Dated: July 5, 2007

                                                **WOLF & SAMSON PC**
                                                Attorneys for Defendant
                                                The Travelers Companies, Inc.
                                                One Boland Drive
                                                West Orange, NJ  07052
                                                (973) 325-1500


                                                By:   /s/ David E. Wolff
                                                         DAVID E. WOLFF (DW-8203)

1079393.1