UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WDF, INC., | ) |
|       Plaintiff, | ) ) ) Case No. 07 Cv. 04828(WCC) (MDF) |
| vs. | ) ) |
| THE TRAVELERS COMPANIES INC., | ) **NOTICE OF APPEARANCE** |
|       Defendant. | ) ) |

**PLEASE TAKE NOTICE** that Jonathan Bondy of Wolff & Samson PC hereby enters his appearance in this case as counsel for defendant The Travelers Companies, Inc.

Dated: July 5, 2007

                                        **WOLF & SAMSON PC**
                                        Attorneys for Defendant
                                        The Travelers Companies, Inc.
                                        One Boland Drive
                                        West Orange, NJ 07052
                                        (973) 325-1500


                            By:   /s/ Jonathan Bondy
                                    JONATHAN BONDY (JB-3106)

1079400.1