STATE OF MINNESOTA

COUNTY OF HENNEPIN

AFFIDAVIT OF SERVICE

**METRO LEGAL SERVICES**

Karl M. Neher, being duly sworn, on oath says: that on the 13th day of June, 2007, at 2:40 PM (s)he served the attached Summons and Complaint upon The Travelers Companies, Inc. therein named, personally at 385 Washington Street, St. Paul, County of Ramsey, State of Minnesota, by handing to and leaving with Liz Vail, Senior Clerk, a true and correct copy thereof.

*Karl M. Neher*

Subscribed and sworn to before me,
June 21, 2007.

_____
Notary Public

JOEL J. CARLSON
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan 31, 2010