UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

WDF, INC.,                                    )
                                              )
        Plaintiff,                            )
                                              )    Case No. 07 CIV. 4828 (WCC)
vs.                                           )    ECF CASE
                                              )
THE TRAVELERS COMPANIES INC.,                 )    STIPULATION AND ORDER
                                              )
        Defendant.                            )

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, as follows:

1. Defendant agrees to accept service of the Summons and Complaint in this action.

2. Defendant will not assert an objection to or a defense of lack of personal jurisdiction.

3. The time for The Travelers Companies Inc. to file only its Answer is extended to August 31, 2007.

4. Electronically filed copies of the Stipulation may be submitted to the Court.

Dated: July 10, 2007

WOLFF & SAMSON PC
Attorneys for Defendant

By: _____
DAVID E. WOLFF (DW-8203)
The Offices at Crystal Lake
One Boland Drive
West Orange, New Jersey 07052
973 325-1500

_____
BECKY TUNG, ESQ. (BT-5206)
Attorney for Plaintiff
30 North MacQuesten Parkway
Mount Vernon, NY 10550
(914) 776-8063

SO ORDERED: Dated: White Plains, NY
                   July 17, 2007

_William C. Conner_____
WILLIAM C. CONNER, Sr.   U.S.D.J.

1078684.1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

E- COPIES MAILED TO COUNSEL OF RECORD