UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

WDF, INC.,

        Plaintiff,

    vs.

THE TRAVELERS COMPANIES INC.,

        Defendant.

---------------------------------------------------------------x

**Case No.: 07 Civ. 4828 (WCC)**

**ECF CASE**

**CERTIFICATE PURSUANT
TO FED. R. CIV. PRO. 7.1**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel for

defendant The Travelers Companies Inc. certifies that there is no parent corporation or publicly

held corporation that owns 10% or more of its stock.

Dated:  August 31, 2007           WOLFF & SAMSON PC
                             Attorneys for Defendant
                             The Travelers Companies Inc.
                             One Boland Drive
                             West Orange, New Jersey 07052
                             (973) 325-1500


                             By:   /s/ David E. Wolff
                                  DAVID E. WOLFF (DW-8203)

#1045655.1