AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

WDF, INC.,
        Plaintiff,

— against —

THE TRAVELERS COMPANIES INC.,
        Defendant.

**APPEARANCE**

Case Number: 07 CV 4828 (WCC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

plaintiff WDF, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/8/2008 | *Thomas D. Czik* (signature) |
| Date | Signature |
| | Thomas D. Czik     TC-3382 |
| | Print Name     Bar Number |
| | 30 Eagle Lane |
| | Address |
| | Roslyn     NY     11576-2502 |
| | City     State     Zip Code |
| | (516) 801-0157     (516) 801-0158 |
| | Phone Number     Fax Number |