ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - X
                                               :   07 Civ. 4828 (WCC)
WDF, INC.,                                     :
                                               :   **ECF CASE**
                    Plaintiff,                 :
                                               :
        - against -                            :
                                               :   **ORDER**
THE TRAVELERS COMPANIES, INC.,                 :
                                               :
                    Defendant.                 :
- - - - - - - - - - - - - - - - - - - - - - - X


**CONNER, Sr. D.J.:**

        The Court having been advised that all claims asserted herein have been settled, it is

        ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within forty-five (45) days of the date hereof.

SO ORDERED.

Dated:  White Plains, New York
        July 25, 2008

                                        _____
                                        WILLIAM C. CONNER, Senior U.S.D.J.

[USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: ___]

Copies Given to Counsel of Record