ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - X
WDF, INC.,                              :    07 Civ. 4828 (WCC)
                                             **ECF CASE**
                 Plaintiff,             :

      - against -                       :
                                             <u>ORDER</u>
THE TRAVELERS COMPANIES, INC.,          :

                 Defendant.             :
- - - - - - - - - - - - - - - - - - - - X

<u>CONNER, Sr. D.J.</u>:

      WHEREAS, the Court having been advised that although the terms of the settlement of the above-entitled action are still agreed upon by the parties, they need additional time to finalize the documents, it is hereby

      ORDERED, that the Court's previous Order, dated July 25, 2008, discontinuing this action, without costs to either party, subject to reopening should the settlement not be consummated within forty-five (45) days, is hereby modified to extend the time for consummation of the settlement to and including October 8, 2008.

**SO ORDERED.**

Dated:  White Plains, New York
        September 3, 2008

                                            *William C. Conner*
                                      WILLIAM C. CONNER, Senior U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

                                      **Copies E-Mailed to Counsel of Record**